**Afrah SADIQ, Petitioner,**

v.

**U.S. IMMIGRATION & NATURALIZA-**
**TION SERVICE, Respondent.**

**Afrah Sadiq, Petitioner,**

v.

**U.S. Immigration & Naturalization Service, Respondent.**

**Nos. 98–1928, 02–1306.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 7, 2002.

Decided Aug. 30, 2002.

David A. Garfield, Law Office of David Garfield, Washington, D.C., for Petitioner. Robert D. McCallum, Jr., Assistant Attorney General, Donald K. Keener, Deputy Director, Alison R. Drucker, Senior Litigation, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Petitions denied by unpublished PER CURIAM opinion.

PER CURIAM:

In these consolidated petitions for review, Afrah Sadiq seeks review of the Board of Immigration Appeals' ("Board") orders: (1) denying her motion to reopen deportation proceedings (No. 98–1928); and (2) denying her motion for reconsideration of the denial of her first motion to reopen and denying her second motion to reopen (No. 02–1306). We have reviewed the administrative records and the Board's decisions and find that the Board did not abuse its discretion in denying these motions. *See* 8 C.F.R. § 3.2(a) (2002); *INS v. Doherty*, 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992). Accordingly, we deny both petitions for review on the reasoning of the Board. *See Sadiq v. INS,* No. A72–418–396 (B.I.A. May 28, 1998 & Feb. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITIONS DENIED.*